PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:07CR00055-01** |
| ) | |
| **Rosalinda Hernandez Acosta** ) | |
| ) | |

On August 21, 2006, the above-named was sentenced in the United States District Court for the Southern District of California and placed on Supervised Release for a period of 3 years. Jurisdiction of the case was accepted by the Eastern District of California on February 23, 2007. The supervisee has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido
United States Probation Officer**

Dated:   August 19, 2008
         Fresno, California
         jtp

**REVIEWED BY:**   /s/ Hubert J. Alvarez
                  **HUBERT J. ALVAREZ
                  Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   Rosalinda Hernandez Acosta**
      **Docket Number:   1:07CR00055-01 LJO**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **<u>PRIOR TO EXPIRATION DATE</u>**

## ORDER OF COURT

It is ordered that the supervisee be discharged from supervised release, and that the proceedings in the case be terminated.

 IT IS SO ORDERED.

**Dated:   September 15, 2008**                    **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE